UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
JUN JIE XIE,                                            :
                                    Plaintiff,          :        23 Civ. 104 (LGS)
                                                        :
             -against-                                  :        ORDER
                                                        :
ALEJANDRO MAYORKAS, et al.,                             :
                                    Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 14, 2022, Plaintiff filed the Petition for a Writ of Mandamus.

On January 5, 2023, this case was transferred from the Eastern District of New York to the

Southern District of New York.  On February 3, 2023, Defendants appeared.  It is hereby

**ORDERED** that Plaintiff shall, by **February 24, 2023,** file a memorandum of law in

support of his request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.

The Government shall, by **March 17, 2023**, file a memorandum of law in opposition to the

request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.  Plaintiff

shall, by **March 24, 2023**, file any reply memorandum that shall not exceed eight pages.  The

memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: February 6, 2023
       New York, New York

_____
        LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE